UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERRIAN LEWIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:22-CV-240-KAC-SKL |
| | ) |
| VERIZON, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In the "Order Dismissing Plaintiff's Claims" [Doc. 5], the Court **DISMISSED** Plaintiff's claims against the Defendant with prejudice. Therefore, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

                                               s/ Katherine A. Crytzer
                                               KATHERINE A. CRYTZER
                                               United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT